UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Inmate ID Number: H47144 ,

Joseph Coleman MacFaddin,
*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:24cv59-MCR-HTC
*(To be filled in by the Clerk's Office)*

v.

Blackwater River Correctional Rehabilitation Facility Center,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☐ YES  ☐ NO

of the complaint occurred. You should name the appropriate division of the Court in the space provided at the top of the complaint form.

The following counties comprise the **Gainesville** Division: Alachua, Dixie, Gilchrist, Lafayette, and Levy. Cases to be filed in the Gainesville Division should be mailed to:

CLERK, U.S. DISTRICT COURT
401 S.E. FIRST AVENUE
ROOM 243
GAINESVILLE, FLORIDA 32601-6895

The following counties comprise the **Panama City** Division: Bay, Calhoun, Gulf, Holmes, Jackson, and Washington. Cases to be filed in the Panama City Division should be mailed to:

CLERK, U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658

The following counties compromise the **Pensacola** Division: Escambia, Okaloosa, Santa Rosa, and Walton. Cases to be filed in the Pensacola Division should be mailed to:

CLERK, U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658

The following counties compromise the **Tallahassee** Division: Franklin, Gadsden, Jefferson, Leon, Liberty, Madison, Taylor, and Wakulla. Cases to be filed in the Tallahassee Division should be mailed to:

CLERK, U.S. DISTRICT COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7730

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Joseph Macfaddin   ID Number: H47144

List all other names by which you have been known: Joseph McFaddin, Joe Macfaddin, Joseph Macfaddin SR.

Current Institution: Holmes Correctional Institution

Address: 3142 Thomas Drive, Bonifay, FL. 32425

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Blackwater River Correctional Rehabilitation Facility

   Official Position: _____

   Employed at: Geo Corrections

   Mailing Address: _____

   ☐ Sued in Individual Capacity        ☒ Sued in Official Capacity

2. Defendant's Name: **Centurion Medical**

   Official Position: **Nursing**

   Employed at: **Blackwater River Correctional Rehabilitation Facility**

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☒ Civilly Committed Detainee

☐ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Upper Scalp/Temple Puncture wound on Left Side of Skull causing extreme Pressure and Pain behind Left Eye. I have Lost almost 90% of Vision in Left Eye with Partial Paralyzis in Left Shoulder and in Left Leg. Unable to walk Far or Stand Long without the Assistance of a Medical Walker with Severe Lightheadedness and Loss of Balance and coordination. Left ear hearing comes and goes and Right ear hearing is gone left with Pounding and occassional bleeding in the ear. Nose Broken in several Places with occasional Blood clots and Bleeding Making very hard to eat and Breathe. My current Housing Situation Does Not acknowledge the Americans with Disabilities Act Standards or have Proper Shower or Toilet Requirements For my

**Statement of Facts Continued** *(Page 2 of 2)*

Limited Mobility Standards. My seizures have increased with Light Sensitivity since Scalp Puncture Wound and Vision Loss with increasing Migraine Headaches. Sitting down for only short Periods of time, everything begins to Spin and Feeling of Nausea with Throbbing Migraines. Some Partial Loss of Feeling and use of Left Shoulder and hand with Muscle Tightening and waking up with Prolong Periods of No use of Whole Left Arm. Since the Attack February 14, 2021 to March 6, 2021 is Now a blur of No Recollection of what had happened on those days in between. I have found the dates in Medical Paperwork and its all I have to go on to even know what happened, as I do not remember any of it.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

_____

_____

_____

_____

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

_____

_____

_____

_____

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #: _____

   Court: _____

2. Date:_____ Case #: _____

   Court: _____

3. Date:_____ Case #: _____

   Court: _____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

NDFL Pro Se 14 (Rev 8/21) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

9

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.**)

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

NDFL Pro Se 14 (Rev 8/21) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

11

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/01/24  Plaintiff's Signature: Joseph macfaddin

Printed Name of Plaintiff: Joseph C. Macfaddin

Correctional Institution: Holmes Correctional Institution

Address: 3142 Thomas Drive
Bonifay, FL, 32425

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ~~8th~~ 6th day of February, 20 24.

Signature of Incarcerated Plaintiff: Joseph C. McFadden



Joseph McFaddin HH7144
Calhoun Correctional Institution F2-139S
19562 SE Institution Drive
BlountsTown, FL. 32424-5156

PROVIDED FOR MAILING
AT CALHOUN CI ON
FEB 06 2024
STAFF INITIALS _____
INMATE INITIALS JCM

PENSACOLA FL 325
Mailed from a
Correctional 2024 PM
Institution

$ 000.88⁰
02 1P
0000932237   FEB 07 2024
MAILED FROM ZIP CODE 32424

Clerk U.S. District Court
One North PalaFox Street
Pensacola, FL. 32502-5658

LEGAL MAIL      32502-565850