UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Joseph coleman Macfaddin

Inmate ID Number: 447144 ,

*(Write your full name and inmate ID number.)*

AMENDED

Case No.: 3:24cv59-MCR-HTC
*(To be filled in by the Clerk's Office)*

v.

Black Water River ,

Correctional Rehabilitation ,

Facility center ,

Jury Trial Requested?
☒ YES ☐ NO

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Joseph C. MacFaddin   ID Number: H47144

List all other names by which you have been known: Josep McFaddin, Joseph Coleman MacFaddin SR.

Current Institution: Calhoun Correctional Institution

Address: 19562 SE Institution Drive
Blountstown, FL. 32424-5156

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Black Water River Correctional Rehabilitation Facility

   Official Position: Correctional Institution

   Employed at: Black Water River Correctional Rehabilitation Facility

   Mailing Address: 5914 Jeff Ates Road
   Milton, FL. 32583

   ☐ Sued in Individual Capacity     ☒ Sued in Official Capacity

2. Defendant's Name: Centurion Medical Center

   Official Position: Nursing/Doctor

   Employed at: Black Water River Correctional Rehabilitation Facility

   Mailing Address: 5914 Jeff Ates Road
   Milton, FL. 32583

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

3. Defendant's Name: Sean G. Pavolko

   Official Position: Inmate in F.D.O.C

   Employed at: _____

   Mailing Address: Currently unknown

   ☒ Sued in Individual Capacity      ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against *(check all that apply)*:

☐ Federal Officials *(Bivens case)*  ☐ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee  ☐ Civilly Committed Detainee

☒ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee  ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

Properly addressing Issues shown on the Camera's and Grievances to classification would have Prevented what happened to me. I am now completely blind in my Left eye with Equillibrium and Loss of Ballance and coordination problems on my whole Left side. Can now Barely hear or even understand anything anyone says to me or what goes on Around me, because of Loud ringing and Popping in both ears. I am a Trained Carpenter, Mechanic and Maintanence Man by Trade and can't work any of that now being Blind in one eye and can barely hear. I can not get a Proper Job for any of my Job Trained Abilities while in the Department of corrections cause of my Disabilities and walk with a cane. I do not remember anything that happened to me, other

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

5

**Statement of Facts Continued** (Page 2 of 2)

than waking up in medical with stitches in my left Temple and what I read on Medical chart. The Last thing I remember was a message sent to my wife on February 14, 2021 and then Fully alert to being in Medical on March 06, 2021. Medical Told me I was seriously hurt requiring stitches and staples and had been in Medical for a while, but I am Blank on what really happened. I use my right arm and hand for every thing and now I suffer from severe Nerve Problems and sharp burning Pain in my whole right arm from my shoulder down to my Fingers and do not know why. I have Learned of my nose being broken in several different Places and do not know how any of it happened to me, only what I have learned since any of it happened to me.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

① Proper Medical care and ② Proper Medical Safety handling of injured Person - Centurion Medical Center; safe housing within the Department of corrections - Blackwater River correctional Rehabilitation Facility center

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Payment of Medical bills for treatment I have recieved since it happened and Financial relief on the pain and Suffering I have to deal with for the rest of my life now with Nightmares.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: _____

   Court: _____

   Reason: _____

2. Date:_____ Case #: _____

   Court: _____

   Reason: _____

3. Date:_____ Case #: _____

   Court: _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   (*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date (*if not pending*): _____

    Reason: _____

2. Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date (*if not pending*): _____

    Reason: _____

3. Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date (*if not pending*): _____

    Reason: _____

4. Case #:_____ Parties: _____

    . Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date (*if not pending*): _____

    Reason: _____

5. Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date (*if not pending*): _____

    Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   ***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PROVIDED FOR MAILING
AT CALHOUN CI ON

MAR 20 2024

STAFF INITIALS LL
INMATE INITIALS JCM

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 3/20/24    Plaintiff's Signature: Joseph C. Macfaddin

Printed Name of Plaintiff: Joseph C. MacFaddin

Correctional Institution: _____

Address: _____

_____

**I certify and declare, under penalty of perjury, that this complaint was** *(check one)* ☐ **delivered to prison officials for mailing or** ☐ **deposited in the prison's mail system for mailing on the** 20 **day of** 3 **, 20**24.

Signature of Incarcerated Plaintiff: Joseph C. Macfaddin

Joseph Coleman MacFaddin H47144
Calhoun Correctional Institution F2-139S
19562 SE Institution Dr.
Blountstown, FL. 32424-5156

"MAILED FROM A CORRECTIONAL INSTITUTION"

LEGAL MAIL



US District Court
1 North Palafox St.
Pensacola, FL. 32502